UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


MARIA GUTH, ET AL                          CIVIL ACTION


VERSUS                                     NO: 06-262


TRAVELERS INDEMNITY CO., ET AL             SECTION: "R"(5)

### ORDER

Defendant Standard Fire Insurance Company moves for partial dismissal pursuant to Fed. R. Civ. P. 12(b)(6) of plaintiffs' claims under Louisiana's Valued Policy Law, La. Rev. Stat. § 22:695.  (R. Doc. 17).  The Court hereby adopts its decision in *Chauvin v. State Farm Fire & Casualty Co.*, No. 05-6454, 2006 WL 2228946 (E.D. La. Aug. 2, 2006).  Consequently, the Court GRANTS defendant's motion and DISMISSES plaintiffs' claims under the VPL that are predicated on the theory that they are entitled to the full value of their policies so long as a covered peril caused some loss to their property.


New Orleans, Louisiana, this __16th__ day of October, 2006.


SARAH S. VANCE
UNITED STATES DISTRICT COURT